## OGLETREE v. OGLETREE.

HILL, J. 1. Under the pleadings and conflicting evidence the court did not abuse his discretion in granting to the plaintiff and minor child temporary alimony of $40 per month until the trial, and $35 attorneys' fees, and in awarding the custody of the child to the plaintiff pending suit, and in requiring a ne-exeat bond. *Nipper* v. *Nipper*, 129 *Ga.* 450 (59 S. E. 226).

2. The motion to dismiss the bill of exceptions as being premature is denied. Civil Code (1910), § 2987; *Bender* v. *Bender*, 98 *Ga.* 717 (25 S. E. 924).

3. There was a prayer for attorneys' fees. It is contended by plaintiff in error that there is no evidence in the record in regard to the employ-

ment of counsel by the defendant in error, or as to the amount or value of services rendered by such counsel. The court has a discretion as to the sum allowed for counsel fees, even where there is no evidence as to the value of services rendered. *Sweat* v. *Sweat*, 123 *Ga.* 801 (51 S. E. 716); *Reynolds* v. *Reynolds*, 130 *Ga.* 460 (2) (60 S. E. 1053).

*Judgment affirmed. All the Justices concur.*

No. 7180. OCTOBER 19, 1929.

*W. Howell Morrow* and *L. L. Meadors,* for plaintiff in error.
*L. B. Wyatt,* contra.